**Order entered July 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00708-CV

### IN RE JEROME JOHNSON, Relator

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER

Before the Court is relator's June 17, 2019 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any to relator's petition by July 25, 2019.

/s/     BILL WHITEHILL
          JUSTICE